3h 547
Case 1
d 73 A.D 590

HELEN A. VAN KUREN, RESPONDENT, *v.* JOHN SAXTON,
APPELLANT.

*Master and servant — when relation does not exist — Contract to pay for services or
board — when not implied where parties are related.*

Where plaintiff's sister-in-law became a member of his family on the invitation
of his wife, and with his assent, to remain with her children until she could do
better, she performing services in the household, and receiving board for herself
and children, no intimation being given by either party that pecuniary com-
pensation should be made by one to the other, *held*, that the sister-in-law did
not occupy the position of a servant, and was not liable to pay for board. That
transactions of this kind between relations stand on a different footing from
those between persons who are not bound to each other by such ties. In the
latter case the law may, in the absence of special circumstances, imply mutual
promises to pay, while in the former it will not.*

APPEAL from a judgment in favor of plaintiff, entered on the
report of a referee.

*S. E. Filkins*, for the appellant.

*Tucker & Bowen*, for the respondent.

Opinion by GILBERT, J.

Judgment affirmed.